# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**CRANDALL POSTELL,**

      **Plaintiff,**

**v.**                                                                                               **Case No:  6:13-cv-60-Orl-36TBS**

**FIFTH THIRD BANK, DAVID A. MONACO,**

      **Defendants.**

_____

## ORDER

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Thomas B. Smith, filed on April 26, 2013 (Doc. 11).  In the Report and Recommendation, the Magistrate Judge recommends that *pro se* Plaintiff Crandall Postell's ("Plaintiff") Amended Motion for Leave to Proceed *In Forma Pauperis* (Doc. 10) be denied and his Amended Complaint (Doc. 9) be dismissed, with prejudice, for failure to state a claim upon which relief can be granted.  *See* Doc. 11.  No party has objected to the Report and Recommendation and the time to do so has expired.

The Court is in agreement with the Magistrate Judge that the Amended Complaint should be dismissed because it fails to state a claim upon which relief can be granted.  *See* 28 U.S.C. § 1915(e)(2) (in proceedings *in forma pauperis*, the court shall dismiss the case if, among other things, the case is frivolous or fails to state a claim upon which relief may be granted).  The Court also agrees that the Amended Complaint should be dismissed *with prejudice* because Plaintiff has failed to cure the deficiencies addressed in the Court's Order dismissing Plaintiff's original Complaint (Doc. 7), and because the statutes upon which Plaintiff's claims are based do not provide a private right of action.  *See* Doc. 11, p. 3.  Therefore, after careful consideration of

the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 11) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff's Amended Motion for Leave to Proceed *In Forma Pauperis* (Doc. 10) is **DENIED**.

3. Plaintiff's Amended Complaint (Doc. 9) is **DISMISSED with prejudice**.

4. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on May 15, 2013.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Judge Thomas B. Smith